IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA A. SHEPPARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-461-TFM |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of Defendant's unopposed *Motion to Extend Time to File Brief* (Doc. #18, filed November 30, 2007), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief on or before December 31, 2007.

Done this 3rd day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE