IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA A. SHEPPARD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:07-cv-0461-MEF |
| | ) |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) ) ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On March 17, 2008, the Magistrate Judge filed a Recommendation (Doc. #26) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that the Recommendation of the Magistrate Judge is ADOPTED and the Commissioner's decision is AFFIRMED.

DONE this the 9th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE